**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

_Donald Trump - President_

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

_Playboy Enterprises Inc_

**COMPLAINT**

Jury Trial: ☐ Yes ☒ No

*(check one)*

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**I.   Parties in this complaint:**

A.   List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name                _President Donald Trump_
            Street Address      _The White House_
            County, City
            State & Zip Code    _Washington, D.C. 20050_
            Telephone Number

B.   List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name _Playboy Enterprises Inc_
Street Address _9346 Civic Center Drive_
County, City _Beverly Hills_
State & Zip Code _California   90210_

Defendant No. 2
Name _____
Street Address _____
County, City _____
State & Zip Code _____

Defendant No. 3
Name _____
Street Address _____
County, City _____
State & Zip Code _____

Defendant No. 4
Name _____
Street Address _____
County, City _____
State & Zip Code _____

## II.   Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. There are four types of cases that can be heard in federal court: 1) Federal Question - Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case; 2) Diversity of Citizenship - Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case; 3) U.S. Government Plaintiff; and 4) U.S. Government Defendant.

A.   What is the basis for federal court jurisdiction? *(check all that apply)*
[X] Federal Questions    [ ] Diversity of Citizenship
[ ] U.S. Government Plaintiff    [ ] U.S. Government Defendant

B.   If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue?   _Health - Personal Injury   #367_

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship ___New York___

Defendant(s) state(s) of citizenship ___California___

## III. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? ___California___

B. What date and approximate time did the events giving rise to your claim(s) occur? ___2011___

**What happened to you?**

C. Facts: ___Endangerment of Health to President Donald Trump___

**Who did what?**

___Hugh Hefner's grotto in 2011 exposed 123 people to Legionnaires' Disease.___

**Was anyone else involved?**

___Yes - Unless the grotto was torn down and rebuilt new, small units, the disease remain. Has that been checked by the County Health Department?___

**Who else saw what happened?**

___Source - Time Commemorative Edition Hugh Hefner 1926-2017 page 48: Hef's grotto was linked with a 2011 outbreak of Legionnaires disease that struck 123 people. Page 49 - Photo of President Trump with Hefner.___

-3-

IV.   Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. Exposure to disease, any disease, destroys the immune system. When to much disease exposure has been absorbed by the body, we end up in the hospital sick needing treatment to get better or the result can be death. It depends on how much disease has been exposed to the body.
President Trump is a Man that travels extensively. This exposure to Legionnaires' will at some time in the future cost him his health, his career, his businesses, his Presidency, his life.

V.   Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. Relief Sought: Controlling interest in all Playboy Enterprises all over the World. - Court Ordered.

-4-

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __16__ day of __October__, 20__17__.

Signature of Plaintiff __Brenda C. Armstead – Third Party Standing for President Trump__
Mailing Address __601 N. Grand Ave.__
__Apt. 313__
__Los Angeles, California. 90012__
Telephone Number __NA__
Fax Number *(if you have one)* __NA__
E-mail Address __NA__

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint.

Signature of Plaintiff: __Brenda C. Armstead__